# United States Court of Appeals
# for the Fifth Circuit

————————

No. 25-30594
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

April 30, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Christian Archangel,

*Defendant—Appellant*.

————————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:24-CR-216-2

————————————————————————

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Christian Archangel has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Archangel has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30594

with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.